IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JULIE MARIE YOUNG,<br>           Debtor. | )<br>)<br>) |
| THE BANK OF CARBONDALE, a state chartered banking institution,<br>           Movant. | )<br>)<br>)<br>)   In proceeding under Chapter 7<br>)   No. 19-40394 |
| vs. | )<br>) |
| JULIE MARIE YOUNG,<br>DANA S. FRAZIER, CHAPTER 7 TRUSTEE,<br>           Respondents. | )<br>)<br>) |

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY, PROVISION DIRECTING RESPONSE THERETO, AND SETTING HEARING ON OBJECTIONS, IF ANY**

The above captioned persons shall take notice that a motion or other request to lift the automatic stay in the above captioned bankruptcy has been filed with the US Bankruptcy Court for the Southern District of Illinois, 301 W. Main Street, Benton, Illinois.

Any objections to the attached Motion must be filed with the Court on or before June 18, 2019, with a copy forwarded to Edward J. Heller of Reed, Heller, Mansfield & Gross, PO Box 727, Murphysboro, Illinois 62966.

If no objections to the relief sought are timely filed, the Court will enter an order granting the motion.

In the event an objection is filed, a preliminary hearing on the motion will be held on June 26, 2019, at 9:00a.m., before the United States Bankruptcy Court for the Southern District of Illinois, 301 West Main Street, Benton, Illinois. If a party fails to appear in person or by counsel, the Court may proceed with the scheduled hearing and may enter an appropriate order or judgment, including dismissal of the pending motion.

The Bank of Carbondale, Movant

BY: /s/ Edward J. Heller
EDWARD J. HELLER

**PROOF OF SERVICE**

I hereby certify that on ______________, 2019, I electronically filed a Motion for Leave from Automatic Stay with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Brad Olson
bradolson@bradolsonlaw.com

Dana Frazier, Trustee
frazierlaw@frontier.com

United States Trustee
USTPRegion10.es.ecf@usdoj.gov

A copy was also served by enclosing a copy of same in an envelope addressed to said Defendant at the following address:

Bradley D. Schwartz
404 S. Orchard Dr.
Carbondale, IL 62901

as disclosed by the pleadings, with postage fully prepaid thereon, and by depositing said envelope in a United States Post Office mail box in Murphysboro, Illinois, _________, 2019, at 5:00 p.m.

REED, HELLER & ROBERTS

By: /s/Edward J. Heller
EDWARD J. HELLER, ATTORNEY

REED, HELLER & ROBERTS
Attorneys at Law
1100 Walnut Street, P.O. Box 727
Murphysboro, IL 62966
(618) 687-2376
FAX NO: (618) 684-5554