# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>Julie Marie Young | In Proceedings<br>Under Chapter 7<br><br>BK 19–40394–lkg |

     Debtor(s)

The Bank of Carbondale

     Movant(s),
  vs.

Julie Marie Young, Debtor and Dana S Frazier, Trustee

     Defendant(s).

## ORDER GRANTING RELIEF FROM STAY

    This matter is before the Court on a motion for relief from automatic stay filed on 6/4/2019; it appearing to the Court

- ☑ that the debtor has not filed an objection and/or has consented to the motion;

- ☑ that the Trustee has not filed an objection and/or has consented to the motion;

- ☐ other:

    Accordingly, **IT IS ORDERED** that the automatic stay with respect to the property described in the motion is lifted.  The provision in Bankruptcy Rule 4001 (a) (3) staying for fourteen days an order granting a motion for relief from stay is hereby waived.

ENTERED: June 19, 2019                                                 /s/ Laura K. Grandy
                                                                               UNITED STATES BANKRUPTCY JUDGE