# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0754–4 | User: ch3 | Date Created: 6/19/2019 |
| Case: 19–40394–lkg | Form ID: 287 | Total: 9 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion10.es.ecf@usdoj.gov |
| tr | Robert T Bruegge | rtbtrustee@lawdept.net |
| aty | Bradley P Olson | bradolson@bradolsonlaw.com |
| aty | Edward J Heller | rhmg@rhmglaw.com |
| aty | Mark D Skaggs | mark.d.skaggs@usdoj.gov |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Julie Marie Young | 19B Jaros Lane | Makanda, IL 62958 | |
| tr | Dana S Frazier | Trustee | PO Box 159 | Murphysboro, IL 62966 |
| cr | Bank of Carbondale | 216 E Main St | Carbondale, IL 62902 | |
| | Bradley Schwartz | 404 S Orchard Dr | Carbondale, IL 62901 | |

TOTAL: 4